IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 94-cr-00254-RPM-07

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JEFFREY MCMILLAN,

       Defendant.

---

### ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE

---

       On October 20, 2011, the probation officer submitted a petition to the Court noting that the defendant was statutorily eligible for early termination of supervised release in this case. On October 21, 2011, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. On November 2, 2011, the United States filed a notice indicating they did not object to the petition. Upon the Court's review of the defendant's overall compliance on supervised release, it found that early termination is warranted. Therefore, the Court

       ORDERS that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       DATED at Denver, Colorado, this __8__ day of November, 2011.

                                      BY THE COURT:

                                      _____
                                      Richard P. Matsch
                                      Senior District Judge