IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

United States of America vs. LAWRENCE WILLIAMS     Criminal Action No. 94-cr-00254-RPM-02

## Petition for Early Termination of Supervised Release

COMES NOW, Kit Griffin, probation officer of the court, presenting an official report upon the conduct and attitude of Lawrence Williams, who was placed on supervision by the Honorable Richard P. Matsch sitting in the court at Denver, Colorado, on the 16th day of February, 1996, who fixed the period of supervision at 5 years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

None.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER: (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release; and (3) that, if the United States does not file a timely objection, the defendant be discharged from supervised release and the proceedings in the case be terminated.

Respectfully,

Kit Griffin
U.S. Probation Officer
Place: Denver, Colorado
Date: July 2, 2013

### ORDER OF THE COURT

After careful consideration of the probation officer's petition, it is

ORDERED that the probation officer serve this petition and order on the United States. It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release. It is further ordered that this petition and order be filed and made a part of the record in the above case.

DATED at Denver, Colorado, this 12 day of July, 2013.

Richard P. Matsch
Senior U.S. District Judge