IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 94-cr-00254-RPM-02

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

LAWRENCE WILLIAMS,

       Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

       On July 2, 2013, the probation officer submitted a petition for early termination of supervised release in this case. On July 12, 2013, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on July 12, 2013, and the United States has no objection to the proposed relief. Accordingly, it is

       ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       DATED at Denver, Colorado, this ___16___ day of August, 2013.

                                       BY THE COURT:

                                       _____
                                       Richard P. Matsch
                                       Senior United States District Judge